BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:           §
Piper Louise Buersmeyer     §   Case No.:  24–32470–swe7
            §   Chapter No.:  7
        Debtor(s)  §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  3/16/26        FOR THE COURT:
              Stephen J Manz, Clerk of Court

              by: /s/D Chambers, Deputy Clerk